# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER EDWARD JEROME BIEROS**, | : | CIVIL ACTION NO. 1:13-CV-2767 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **T. BICKELL**, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 10th day of December, 2013, upon consideration of the petition (Doc. 1) for writ of habeas corpus filed by Roger Edward Jerome Bieros ("Bieros"), and in accordance with this Court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 2) to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

3. The motion (Doc. 4) to appoint counsel is DENIED as moot.

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania